**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>        vs.<br><br>**Isaac Benjamin Bennett,**<br><br>                                        Defendant. | Case No. **25-cr-04383-LL**<br><br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐        an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐        the Court has dismissed the case for unnecessary delay; or

☒        the Court has granted the motion of the Government for dismissal, without prejudice; or

☐        the Court has granted the motion of the defendant for a judgment of acquittal; or

☐        a jury has been waived, and the Court has found the defendant not guilty; or

☐        the jury has returned its verdict, finding the defendant not guilty;

☒        of the offense(s) as charged in the Information:

21:952 and 960 - Importation of Cocaine (Felony) (1)

Dated:   6/2/2026

Hon. **Valerie E. Torres**
United States Magistrate Judge